# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Richard Constantine v. Central Credit Services, LLC et al.

Case Number: 1:17-cv-04075

An appearance is hereby filed by the undersigned as attorney for:

Central Credit Services, LLC

Attorney name (type or print): James C. Vlahakis

Firm: Sessions, Fishman, Nathan, & Israel

Street address: 120 S. LaSalle St., Suite 1960

City/State/Zip: Chicago, Illinois, 60603

Bar ID Number: 6230459
(See item 3 in instructions)

Telephone Number: (312)578-0993

Email Address: jvlahakis@sessions.legal

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
 If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/29/2017

Attorney signature: S/ James C. Vlahakis
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2017, a true and correct copy of the foregoing **Attorney Appearance Form** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/: *James C. Vlahakis*
James C. Vlahakis

*Attorney for Defendant*
*Central Credit Services, LLC*